

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL ALFONSO FLORES,<br><br>    Defendant. | 2:13-CR-257-LDG-(PAL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 14, 2014, defendant SAMUEL ALFONSO FLORES pled guilty to Counts One and Twenty of a Twenty-Count Criminal Indictment charging him in Count One with with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and in Count Twenty with Conspiracy to Launder Monetary Instruments in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and (h). Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 102; Plea Agreement, ECF No. 103.

This Court finds defendant SAMUEL ALFONSO FLORES agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 102; Plea Agreement, ECF No. 103.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

Allegations of the Criminal Indictment and the offenses to which defendant SAMUEL ALFONSO FLORES pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2):

    1. $763.00 in United States Currency

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SAMUEL ALFONSO FLORES in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

1  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
2  petition and the relief sought.
3  . . .
4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
5  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
6  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
7  after the first day of the publication on the official internet government forfeiture site,
8  www.forfeiture.gov.
9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
10 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
11 following address at the time of filing:
12     Michael A. Humphreys
    Assistant United States Attorney
13     Daniel D. Hollingsworth
    Assistant United States Attorney
14     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
15     Las Vegas, Nevada 89101.
16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
17 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
18 following publication of notice of seizure and intent to administratively forfeit the above-described
19 property.
20     DATED this ___ day of April, 2014.
21
22
23                                                       [signature]
24                                    UNITED STATES DISTRICT JUDGE
25
26