LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Samuel Alfonso Flores*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ALFONSO FLORES,<br><br>Defendant. | CASE No.: 2:13-cr-00257-APG-PAL-5<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, SAMUEL ALFONSO FLORES, by through his counsel, LANCE J. HENDRON, ESQ. of the law firm of HENDRON LAW GROUP LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Melanee Smith, Assistant United States Attorney, that the Revocation of Supervised Release Hearing in the above-captioned matter currently set for September 1, 2020 at 9:30 a.m. be continued to a date convenient to the court, but no sooner than 14 days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. The probation office is currently limited in staff and needs additional time to prepare.

2. Defense counsel and counsel for the government both agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on September 1, 2020.

DATED this __31__ day of August, 2020.

                    Respectfully Submitted,

                    _/s/ L. Hendron_____
                    Lance J. Hendron, Esq.
                    Attorney for Defendant

                    _/s/ Melanee Smith_____
                    Nicholas A. Trutanich
                    United States Attorney
                    Melanee Smith
                    Assistant United States Attorney
                    Attorney for United States

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:13-cr-00257-APG-PAL -5 |
| Plaintiff, | |
| vs. | |
| **SAMUEL ALFONSO FLORES**, | |
| Defendant. | |

### FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The probation office is currently limited in staff and needs additional time to prepare.

2. Both counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is not retained and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on September 1, 2020.

## ORDER

IT IS HEREBY ORDERED, that the Revocation of Supervised Release Hearing, currently scheduled for September 1, 2020, at the hour 9:30 a.m., be vacated and continued to September 15, 2020, at the hour of 10:30 a.m. in courtroom 6C.

DATED this 31st day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE